1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

FILED

08 APR -9 AM 10: 41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

6 | Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 |

'08  CV 0642  W BLM

11 | WILLIAM RANDOL,

CASE NO.

12 |        Plaintiff,

Action Date:    January 18, 2008

13 | vs.

NOTICE OF PARTY WITH FINANCIAL
INTEREST

14 | HARRAH'S RINCON RESORT & CASINO
and DOES 1-10,

15 |

16 |        Defendants.

17 |      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2,

18 | *Specially Appearing* Defendant Harrah's Rincon Resort & Casino states the following information:

19 | *Specially Appearing* Defendant Harrah's Rincon Resort & Casino is not a legal entity.

20

21 |                       SHEA STOKES ROBERTS & WAGNER, ALC

22

23 | Dated:  April 9, 2008    By: _____

24 |                       Maria C. Roberts
Ronald R. Giusso
25 |                       Attorneys for *Specially Appearing* Defendant
HARRAH'S RINCON RESORT & CASINO

26

27

28

4836-2091-1618.1

NOTICE OF PARTY WITH FINANCIAL
INTEREST