1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:  (619) 232-4261
5  FACSIMILE:  (619) 232-4840

FILED
08 APR -9 AM 10: 43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

11 WILLIAM RANDOL,                    CASE NO. '08 CV 0642 W BLM

12         Plaintiff,                 Action Date:  January 18, 2008

13 vs.                                CERTIFICATE OF SERVICE OF NOTICE
                                      TO ADVERSE PARTY OF REMOVAL TO
14 HARRAH'S RINCON RESORT & CASINO    FEDERAL COURT
   and DOES 1-10,
15
           Defendants.
16

17     I, the undersigned, declare that:

19     I am over the age of 18 years and not a party to the case; I am employed in, or am a

20 resident of, the County of San Diego, State of California, where the within mailing occurs, and my

21 business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

23     I further declare that I am readily familiar with Shea Stokes Roberts & Wagner's practice

24 for collection and processing of correspondence for mailing with the United States Postal Service;

25 and that the correspondence shall be deposited with the United States Postal Service this same day

26 in the ordinary course of business.

27 ///

28 ///

1   I caused to be served this 9th th day of April 2008, the following documents:

2   1.   **CIVIL COVER SHEET;**

3   2.   **NOTICE OF REMOVAL OF CIVIL ACTION;**

4   3.   **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REMOVAL; and**

5

6   4.   **NOTICE OF PARTY WITH FINANCIAL INTEREST.**

7   on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes

8   addressed as follows:

9   Earl F. Tritt, III, Esq.
    222 Ash Street
10  San Diego, CA 92101
    (619) 239-9695 – Telephone
11  ATTORNEY FOR PLAINTIFF WILLIAM RANDOL

12

13  ☒   BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal
14      service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Code of Civil Procedure Section 1013(a). I am
15      aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in
16      affidavit.

17  I then sealed each envelope and, with postage thereon fully prepaid, I placed each for

18  deposit in the United States Postal Service this same day, at my business address shown above,

19  following ordinary business practices.

20

21  I declare under penalty of perjury, under the laws of the State of California, that the

22  foregoing is true and correct and was executed on April 9, 2008 at San Diego, California.

23
                                        _____
24                                      Wendy Roan

25

26

27

28

4829-834                            -2-   CERTIFICATE OF SERVICE OF NOTICE TO
                                          ADVERSE PARTY OF REMOVAL TO FEDERAL
                                          COURT