1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM RANDOL, | CASE NO. 08-CV-0642 W BLM |
|---|---|
| Plaintiff, | Action Date: January 18, 2008<br>Judge: Hon. Thomas J. Whelan<br>Mag. Judge: Hon. Barbara L. Major |
| vs. | |
| HARRAH'S RINCON RESORT & CASINO and DOES 1-10, | NOTICE OF MOTION AND MOTION TO DISMISS BY *SPECIALLY APPEARING* DEFENDANT HARRAH'S RINCON RESORT & CASINO PURSUANT TO F.R.Civ.P. 12(b)(1),(2),(6),(7) |
| Defendants. | |
| | ACCOMPANYING PLEADINGS: MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RONALD R. GIUSSO AND MICHAEL E. KOSTRINSKY; NOTICE OF LODGMENT OF EXHIBITS; [PROPOSED] ORDER |
| | **NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |
| | Date: May 19, 2008<br>Time: 9:30 a.m.<br>Courtroom: 7 |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on May 19, 2008 at 9:30 a.m. in Courtroom 7 of the above-entitled court, located at 880 Front Street, San Diego, California, 92101, *Specially* Appearing Defendant HARRAH'S RINCON RESORT & CASINO will and hereby does move

4826-4829-2866.1                                        CASE NO. 08-CV-0642 W BLM

this court for dismissal of Plaintiff's complaint. This motion is brought pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1), for lack of subject matter jurisdiction; Rule 12(b)(2), for lack of personal jurisdiction; Rule 12(b)(6), for failure to state a claim upon which relief can be granted; and Rule 12(b)(7), for failure to join a necessary and indispensable party.

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declarations of Ronald R. Giusso and Michael Kostrinsky filed herewith, the Notice of Lodgment of Exhibits filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Pursuant to the Court's request and Civil Local Rule 7.1(d)(1), there will be no oral argument on Defendant's motion.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: April 16, 2008

By: s/Maria C. Roberts
Maria C. Roberts
Ronald R. Giusso
Attorneys for *Specially Appearing* Defendant
HARRAH'S RINCON RESORT & CASINO