1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RANDOL,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRAH'S RINCON RESORT & CASINO and DOES 1-10,<br><br>    Defendants. | CASE NO. 08-CV-0642 W BLM<br><br>Action Date:   January 18, 2008<br>Judge:   Hon. Thomas J. Whelan<br>Mag. Judge:   Hon. Barbara L. Major<br><br>DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF MOTION TO DISMISS BY *SPECIALLY APPEARING* DEFENDANT HARRAH'S RINCON RESORT & CASINO PURSUANT TO F.R.Civ.P 12(b)(1),(2),(6),(7)<br><br>ACCOMPANYING PLEADINGS:<br>NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL E. KOSTRINSKY; NOTICE OF LODGMENT OF EXHIBITS; [PROPOSED] ORDER<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date:   May 19, 2008<br>Time:   9:30 a.m.<br>Courtroom:   7 |

/ / /
/ / /
/ / /
/ / /

CASE NO. 08-CV-0642 W BLM

I, Ronald R. Giusso, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California, and I am employed by the law firm of Shea Stokes Roberts & Wagner, ALC, counsel of record for *Specially Appearing* Defendant Harrah's Rincon Resort & Casino.

2. I have personal knowledge of each of the facts set forth in this declaration and could and would competently testify thereto, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

3. This declaration is submitted in support of *Specially Appearing* Defendant's Motion to Dismiss.

4. Attached to the Notice of Lodgment as Exhibit 1 is a true and correct copy of the Complaint filed by William Randol on January 18, 2008.

5. Attached to the Notice of Lodgment as Exhibit 2 is a true and correct copy of the Tribal-State Compact Between The State of California and The Rincon, San Luiseno Band of Mission Indians.

///
///
///
///
///
///
///
///
///

6. Attached to the Notice of Lodgment as Exhibit 3 is a true and correct copy of the Patron Tort Claims Ordinance which has been enacted by the Rincon San Luiseno Band of Mission Indians.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed by me on April 16, 2008 at San Diego, California.

s/Ronald R. Giusso
Ronald R. Giusso

4824-8091-3922.1                             -2-                    CASE NO. 08-CV-0642 W BLM