1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:     (619) 232-4261
5  FACSIMILE:     (619) 232-4840

6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM RANDOL,                          | CASE NO. 08-CV-0642 W BLM

12           Plaintiff,                       | Action Date:   January 18, 2008
                                              | Judge:         Hon. Thomas J. Whelan
13  vs.                                       | Mag. Judge:    Hon. Barbara L. Major

14  HARRAH'S RINCON RESORT & CASINO          | DECLARATION OF MICHAEL E.
    and DOES 1-10,                            | KOSTRINSKY IN SUPPORT OF MOTION
15                                            | TO DISMISS BY *SPECIALLY APPEARING*
             Defendants.                      | DEFENDANT HARRAH'S RINCON
16                                            | RESORT & CASINO PURSUANT TO
                                              | F.R.Civ.P. 12(b)(1),(2),(6),(7)
17
                                              | ACCOMPANYING PLEADINGS:
18                                            | NOTICE OF MOTION AND MOTION;
                                              | MEMORANDUM OF POINTS AND
19                                            | AUTHORITIES; DECLARATION OF
                                              | RONALD R. GIUSSO; NOTICE OF
20                                            | LODGMENT OF EXHIBIT; [PROPOSED]
                                              | ORDER
21
                                              | **NO ORAL ARGUMENT PURSUANT TO**
22                                            | **LOCAL RULE**

23                                            | Date:      May 19, 2008
                                              | Time:      9:30 a.m.
24                                            | Courtroom: 7

25  / / /

26  / / /

27  / / /

28  / / /

4850-8210-3298.1                              CASE NO. 08-CV-0642 W BLM

I, Michael E. Kostrinsky declare as follows:

1.    I am the Chief Litigation Officer of Harrah's Entertainment, Inc.  As such, I have personal knowledge of Harrah's Entertainment, its holdings and those of its affiliates.  I make this declaration based on that knowledge.

2.    The casino known as Harrah's Rincon Casino & Resort ("the Casino") is located on the reservation of the Rincon San Luiseno Band of Mission Indians (the "Reservation"), which is a federally-recognized sovereign Indian tribe ("the Tribe").  The Casino is owned and operated by the Tribe under the Indian Gaming Regulatory Act, as well as the Tribal-State Gaming Compact between the Tribe and the State of California.

3.    There is no legal entity known as "Harrah's Rincon Resort & Casino."

4.    The Rincon San Luiseno Band of Mission Indians Tribe has ultimate authority and control over all decisions concerning the business of the Casino and its entire Reservation.

5.    To my knowledge, Plaintiff has not initiated any claim with the Tribe.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed by me on April ___, 2008 at Las Vegas, Nevada.

_____
Michael E. Kostrinsky