```
 1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
 2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
 3  SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
 4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:    (619) 232-4261
 5  FACSIMILE:    (619) 232-4840

 6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| WILLIAM RANDOL, | CASE NO. 08-CV-0642 W BLM |
| Plaintiff, | Action Date: January 18, 2008<br>Judge:       Hon. Thomas J. Whelan<br>Mag. Judge: Hon. Barbara L. Major |
| vs. | |
| HARRAH'S RINCON RESORT & CASINO and DOES 1-10, | **NOTICE OF ERRATA RE: DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF MOTION TO DISMISS BY SPECIALLY APPEARING DEFENDANT HARRAH'S RINCON RESORT & CASINO PURSUANT TO F.R. CIV.P. 12(b)(1),(2),(6),(7)** |
| Defendants. | |
| | Date:      May 19, 2008<br>Time:      9:30 a.m.<br>Courtroom: 7 |

```
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1  Please be advised that the Declaration of Michael E. Kostrinsky in Support of Motion to Dismiss by *Specially Appearing* Defendant Harrah's Rincon Resort & Casino's Motion to Dismiss Pursuant to F.R.Civ.P. 12(b)(1),(2),(6),(7) was inadvertently filed without an "s/" on April 16, 2008.  The corrected Declaration of Michael E. Kostrinsky is attached hereto as Exhibit A.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated:  April 22, 2008        By:   s/Maria C. Roberts
                                    Maria C. Roberts
                                    Ronald R. Giusso
                                    Attorneys for *Specially Appearing* Defendant
                                    HARRAH'S RINCON RESORT & CASINO

# EXHIBIT A

MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
FACSIMILE:    (619) 232-4840

Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RANDOL,<br><br>            Plaintiff,<br><br>vs.<br><br>HARRAH'S RINCON RESORT & CASINO and DOES 1-10,<br><br>            Defendants. | CASE NO. 08-CV-0642 W BLM<br><br>Action Date:   January 18, 2008<br>Judge:           Hon. Thomas J. Whelan<br>Mag. Judge:   Hon. Barbara L. Major<br><br>DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF MOTION TO DISMISS BY *SPECIALLY APPEARING* DEFENDANT HARRAH'S RINCON RESORT & CASINO PURSUANT TO F.R.Civ.P. 12(b)(1),(2),(6),(7)<br><br>ACCOMPANYING PLEADINGS: NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RONALD R. GIUSSO; NOTICE OF LODGMENT OF EXHIBIT; [PROPOSED] ORDER<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date:         May 19, 2008<br>Time:        9:30 a.m.<br>Courtroom:  7 |

/ / /

/ / /

/ / /

/ / /

I, Michael E. Kostrinsky declare as follows:

1. I am the Chief Litigation Officer of Harrah's Entertainment, Inc. As such, I have personal knowledge of Harrah's Entertainment, its holdings and those of its affiliates. I make this declaration based on that knowledge.

2. The casino known as Harrah's Rincon Casino & Resort ("the Casino") is located on the reservation of the Rincon San Luiseno Band of Mission Indians (the "Reservation"), which is a federally-recognized sovereign Indian tribe ("the Tribe"). The Casino is owned and operated by the Tribe under the Indian Gaming Regulatory Act, as well as the Tribal-State Gaming Compact between the Tribe and the State of California.

3. There is no legal entity known as "Harrah's Rincon Resort & Casino."

4. The Rincon San Luiseno Band of Mission Indians Tribe has ultimate authority and control over all decisions concerning the business of the Casino and its entire Reservation.

5. To my knowledge, Plaintiff has not initiated any claim with the Tribe.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed by me on April ___, 2008 at Las Vegas, Nevada.

s/Michael E. Kostrinsky
Michael E. Kostrinsky