```
 1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
 2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
 3  SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
 4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:    (619) 232-4261
 5  FACSIMILE:    (619) 232-4840

 6  Attorneys for Specially Appearing Defendant HARRAH'S RINCON RESORT & CASINO

 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM RANDOL,                              | CASE NO. 08-CV-0642 W BLM        |
|----------------------------------------------|----------------------------------|
| Plaintiff,                                   | Action Date:   January 18, 2008  |
| vs.                                          | PROOF OF SERVICE                 |
| HARRAH'S RINCON RESORT & CASINO and DOES 1-10, |                                |
| Defendants.                                  |                                  |

```
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
```

PROOF OF SERVICE

*Randol v. Harrah's Rincon Resort & Casino*
United States District Court, Southern District of California
Case No. 08-CV-0642 W BLM

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

On April 22, 2008, I caused to be served the following document(s) described as:

- **NOTICE OF ERRATA RE: DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF MOTION TO DISMISS BY *SPECIALLY APPEARING* DEFENDANT HARRAH'S RINCON RESORT & CASINO PURSUANT TO F.R.CIV.P. RULE 12(b)(1),(2),(6),(7);**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Earl F. Tritt, III, Esq.
222 Ash Street
San Diego, CA 92101
(619) 239-9695 – Telephone
ATTORNEY FOR PLAINTIFF WILLIAM RANDOL

☐ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

☐ BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

☒ BY OVERNIGHT DELIVERY I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Federal Rule of Civil Procedure section 5(b).

☐ BY E-MAIL transmission.

/ / /

/ / /

4815-3038-0290.1

-1-
PROOF OF SERVICE

| | |
|---|---|
| 1 | ☐   BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Verilaw Technologies, Inc., to be posted to the website and notice given to all parties that document was served. |
| 2 | |
| 3 | Executed on April 22, 2008, at San Diego, California. |
| 4 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 5 | |
| 6 | /Maria C. Roberts |
| | Maria C. Roberts |

4815-3038-0290.1

-2-

PROOF OF SERVICE