```
 1  EARL F. TRITT, III    State Bar No. 141754       FILED
    222 ASH STREET
 2  SAN DIEGO, CA. 92101                          08 APR 28 PM 2:27
    TELEPHONE:  (619) 239-9695
 3  FACSIMILE:  (619) 239-1002                    CLERK, U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA
 4  Attorney for Plaintiff WILLIAM RANDOL
                                                   BY: ___        DEPUTY
 5

 6                     UNITED STATES DISTRICT COURT

 7                    SOUTHERN DISTRICT OF CALIFORNIA

 8

 9  WILLIAM RANDOL,              )  CASE NO. 08-CV-0642 W BLM
                                 )
10        Plaintiff,             )  Action Date:  January 18, 2008
                                 )  Judge:        Hon. Thomas J. Whelan
11  Vs.                          )  Mag. Judge:   Hon. Barbra L. Major
                                 )
12                               )  DECLARATION OF EARL F. TRITT, III IN
                                 )  OPPOSITION OF MOTION TO DISMISS BY
13  HARRAH'S RINCON RESORT & CASINO )  SPECIALLY APPEARING DEFENDANT HARRAH'S
    And DOES 1-10                )  RINCON RESORT & CASINO PURSUANT TO
14                               )  F.R.Civ.P.12(b)(1),(2),(6),(7)
                                 )
15        Defendants.            )
                                 )
16  _____)

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

[Summary of pleading] - 1

I, EARL F. TRITT, III declare as follows:

1. I am the Attorney for plaintiff, William Randol. As such, I have personal knowledge of the facts of this case. I make this declaration based on that knowledge.

2. The Plaintiff slipped and fell at Harrah's Rincon Casino & Resort on January 30, 2006.

3. Plaintiff filed a claim with the third part administrator for Harrah's casino.

4. Plaintiff filed a complaint with the State of California in this matter.

5. Plaintiff filed a claim under the Patriot Act.

I declare under penalty of perjury that the foregoing is true and correct, And that this declaration was executed by me on April 25, 2008 at San Diego, California.

                                                         _____
                                                         EARL F. TRITT, III

[Summary of pleading] - 2