1  EARL F. TRITT, III   State Bar No. 141754
   222 ASH STREET
2  SAN DIEGO, CA. 92101
   TELEPHONE:  (619) 239-9695
3  FACSIMILE:  (619) 239-1002

4  Attorney for Plaintiff WILLIAM RANDOL

*FILED*

08 APR 28 PM 2:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

6                  UNITED STATES DISTRICT COURT

7                 SOUTHERN DISTRICT OF CALIFORNIA

8

9  WILLIAM RANDOL,              )   CASE NO. 08-CV-0642 W BLM
                               )
10        Plaintiff,           )   Action Date:  January 18, 2008
                               )   Judge:       Hon. Thomas J. Whelan
11  Vs.                        )   Mag. Judge:  Hon. Barbra L. Major
                               )
12                             )   NOTICE OF LODGEMENT OF EXHIBITS IN
                               )   OPPOSITION OF MOTION TO DISMISS BY
13  HARRAH'S RINCON RESORT & CASINO )  SPECIALLY APPEARING DEFENDANT HARRAH'S
    And DOES 1-10              )   RINCON RESORT & CASINO PURSUANT TO
14                             )   F.R.Civ.P.12(b)(1),(2),(6),(7)
                               )
15        Defendants.          )
                               )
16  _____)

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1    Plaintiff WILLIAM RANDOL lodges the following evidence in support of its

2  Opposition to dismiss:

3

4    EXHIBIT 1:  A true and correct copy of the incident report on January 30,

5  2006.

6

7    EXHIBIT 2:  A true and correct copy of the claim to the third part liability

8  Administrator.

9

10    EXHIBIT 3:  A true and correct copy of a Tort claim pursuant to the Act.

11

12

13

14  Dated April 25, 2008                    By: _____
                                                EARL F. TRITT, III
15                                              Attorney for Plaintiff
                                                William Randol
16

17

18

19

20

21

22

23

24

25

26

27

28

**Harrah's**

**GUEST REPORT OF IN**

**Harrah's**
RINCON CASINO AND RESORT
**San Diego**
The Premier Name
in Casino Entertainment

Guest Safety Officer
(EMT) BILL COCHRANE
AT YOUR SERVICE

Harrah's Rincon Casino & Resort
777 Harrah's Rincon Way
Valley Center, CA 92082
P.O. Box 217
Pauma Valley, CA 92061-0217

Phone: 760-751-3160
Fax: 760-751-3240

☐ Injury/Illness ☐ Property Damage ☐ Au

☐ Lost/Theft  ☒ Other _

**TO BE COMPLETED BY GUEST**

**NAME** _William H. Rondol_     **DATE OF BIRTH** _6-20-50_

**ADDRESS** _1633 Calle Bienvenido_

**CITY** _VISTA_     **STATE** _CA_     **ZIP CODE** _92084_

**SOCIAL SECURITY NUMBER** _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_     **HOME PHONE** _(760) 724-2326_

**OCCUPATION** _Factory Worker_     **EMPLOYER** _Scotts Temecula_

**LOCAL ADDRESS** _See above_     **ROOM NUMBER**

**DATE OF INCIDENT** _1-30-06_     **TIME OF INCIDENT** _approximately 6_     AM/**PM**

**LOCATION OF INCIDENT (be specific)** _Mens lavatory next to Rewards Center_

1. **State in your own words, what and how incident happened.** _I went into the bathroom and saw Jose an employee mopping towards the middle stall. As I went to the 1st urinal I slipped on the wet floor, jerking on my left achilles._

2. **What injuries, if any, did you sustain?** _my left achilles hurt intensely right when it happened_

3. **What property damage, if any, did you sustain?** _N/A_

   **(Vehicle Damage Only) Year** _____ **Make** _____ **Model** _____ **Plate Nr.** _____

   **(Lost/Theft incident only) Description and value of missing items.** _____

4. **Did you examine the area of the incident? YES NO If so, what did you find?** _No caution Wet Floors Sign_

5. **What if any alcoholic beverages have you had to drink?** _none_

6. **Where and when was your last meal?** _At noon, at work_

7. **Do you consider anyone at fault? (YES) NO If Yes, who and why?** _Harrahs - The employee Jose Lena who didn't put a warning sign_

8. **Name, complete address and telephone number of any witness(es).** _TAY TRUONG (323) 254-0533_

**I HAVE READ THE ABOVE AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN.**

This report was completed on the _30_ Day of _January_ 20_06_ at _6:30_ am/pm

_Bill Cochrane EMT_
**SECURITY OFFICER RESPONDING TO INCIDENT**

_William H. Rondol_
**SIGNATURE OF GUEST**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS REPORT YOU MAY CONTACT THE RISK MANAGEMENT OFFICE AT 777 HARRAH'S WAY VALLEY CENTER, CA. 92061, Phone (760)751-3161**

_Witness →_     _TAY TRUONG (323) 254-0533_

EXHIBIT 1



**Sedgwick CMS**

PO BOX 34660
Las Vegas, NV 89133
Phone: (702) 568-3749
Fax: (702) 568-3760

October 16, 2007

Earl Tritt III Law Office
222 Ash St.
San Diego, CA 92101

Re:     Your client:          Randal Williams
        Claim Number:        T393367
        Date of Loss:        01/30/06
        Our client:          Rincon Hotel Casino

Dear Earl Tritt:

This will acknowledge receipt of your letter of representation. We are third party administrators for Harrah's Rincon. This file has been assigned to our office for handling and I am the examiner assigned to this case. Please address all correspondence to me at the address listed above.

This letter is in response to our recent telephone conversation. Please advise if client is done treating and send all medical bills and records to my attention. Also, need wage loss documentation to support your clients wage loss. Please inform me with the total amount of his medicals and wage loss claim, so that we can properly set reserves.

**Any medicals you have in your file please forward them to me for review. In an effort to establish the facts and evaluate this matter, please provide this office with the following:**

> **1) Signed Medical authorization to allow us access to the medical treatment resulting from this incident. *(enclosed)***

> **2) Wage statement for loss of work if applicable. *(enclosed)***

If you have any additional questions please call me toll free at 866-464-0159 ext 83749.  Thank you for your attention to this matter and your cooperation.

Sincerely,

Jeff Grossman  Liability Claims Representative
Sedgwick CMS
PO BOX 34660
Las Vegas, NV 89133
Desk: 702-568-3749
Toll Free: 866-464-0159 ext 83749
Fax: 702-568-3760
Fax: Toll Free 866-464-0161
Email: JGrossman@Sedgwickcms.com

# PATRON TORT CLAIM FORM

The following information must be completed by the Claimant as required by the Ordinance.
Failure of a Claimant to complete this Patron Tort Claim Form will result in the rejection of a
Claim. If necessary, this document may be photocopied and additional sheets of paper may be
attached to provide the information required below.

1.    The name, mailing address, and telephone number of the Claimant and the name and
      current address and telephone number of the Claimant's attorney.

Name of Claimant: _WILLIAM H. RANDOL_
Address: _1633 Calle BienVieniDO, VISTA CA. 92084_
Telephone Number: _760-724-2326_

Name of Claimant's Attorney: _EARL F. TRITT III_
Attorney's Address: _222 ASH ST, SAN DIEGO CA 92101_
Attorney's Telephone Number: _(619) 239-1002_

2.    Detailed statement describing the conduct, circumstances or other facts which brought
      about the injury.

        My wife and I had just arrived at the casino, and I needed
to urinate. I went into the restroom next to the gift shop.
Although there was no sign by the door, as I walked in, I saw
an employee mopping over by the bathroom stalls. As I walked
towards the first urinal, I slipped on the wet floor. I managed
not to fall down, but the slip really jerked on my left ankle,
and I felt something give.

18196667.3

3.    **Purpose Claimant was present at the Gaming Facility.**

My wife and I were there to have dinner and gamble.

4.    **Description of injury.**

My left posttibialis tendon sustained some vertical tears when I slipped on the bathroom floor. I immediately reported the injury, and the dangerous situation with no signage and a wet floor to casino security.

SuBmitting Medical Bills for your velue

5.    Date, time and place of injury.

January 30, 2006; Harrah's Rincon Casino, in the men's
room located between the gift shop and the Rewards Center.

6.    Name, addresses and telephone numbers, or description of all persons, if known,
involved in the incident or occurrence that gave rise to the Claim.

Name of Involved Person(s) involved in Incident: __William H, Randol__
Address: _1633 Calle Bienvenido, Vista, CA 92084_____
Telephone Number: _(760)724-2326_____

Name of Involved Person(s) involved in Incident: Tay Truong (witness)____
Address: _____
Telephone Number: _(323)254-2833_____

7.    Name, addresses and telephone numbers, if known, or description of all known witnesses,
to the incident or occurrence that gave rise to the Claim;

Name of Witness(es) to Incident: _Jose Lepa(Harrah's employee With mop)_
Address: _____
Telephone Number: _____

Name of Witness(es) to Incident: Tay Truong_____
Address: _____
Telephone Number: _(323)254-2833_____

8.    Alleged damage or injury suffered, the amount claimed, identified as a sum certain, as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed.

    a.    Damage or Injury Suffered.

        See Attachment (Exhibit one)

    b.    Amount of Claim.    _131,268.71_    Dollars and 00/100.

    c.    Method of Calculation of amount of Claim.

        See Attachment (exhibit two)

8.    Penalty of Perjury Statement:

I declare under penalty of perjury, pursuant to applicable law, that all statements contained in this Patron Tort Claim Form and any accompanying documents is true and correct, with full knowledge that all statements made in this application are subject to investigation and that any false or dishonest answer to any question shall be grounds for rejection of a Claim filed pursuant to the Patron Tort Claims Act, and that any such Claim shall be barred forever.

Signature:    _William H. Randol_

Printed Name:    _William H. Randol_

Date:    _Apr. 24, 2008_

THE LAW OFFICE OF EARL F. TRITT, III
222 ASH STREET, SAN DIEGO, CA. 92101
(619) 239-9695 FAX (619) 239-1002

December 5, 2007

SEDGWICK CLAIMS
P.O. BOX 34660
LAS VEGAS, NV. 89133

RE:  OUR CLIENT:  WILLIAM RANDOL
      YOUR INSURED: HARRAH'S RINCON CASINO
      CLAIM NUMBER: T393367
      DATE OF LOSS: 01/30/2006

Dear Staff:

   As you know, my office represents William Randol in connection to his slip and fall of January 30, 2006. At this time, I believe this claim is in a posture whereby settlement negotiations should commence.


## FACTUAL SUMMARY

   Mr. Randol went to Harrah's Rincon Casino for a relaxing night of fun and entertainment. He had to use the bathroom to relieve himself. When upon entering the bathroom he slipped and fell on water on the floor. It was a hardwood surface. He looked around and saw an attendant mopping the floor with no warning pylons which are normally there when an attendant is mopping. At that immediate time he noticed a slight twinge in his ankle and applied ice on the affected area. He was put by paramedics into an immobilization and proceeded to go home to rest the ankle. He later saw a podiatrist and had an orthodic device placed on the ankle for support. Due to continuing pain Mr. Randol had an MRI taken on the ankle which indicated that he had a type one intrasubstance vertical split tear of the posterior tibial tendon at the level of the medial malleolus with some associated peritendinitis. Mr. Randol was placed into a cam walker for nearly one year. Mr. Randol attempted to return to work but could stay on his feet for the requisite time and had to abandon that occupation. He is currently being rehabilitated as a computer programmer and he is scheduled to graduate in June 2008.

   Mr. Randol had surgery on his ankle on August 21, 2007. His surgery was to repair a ruptured tibia. A splint was placed on his ankle for support. Six weeks post surgery , he had an appointment to remove the sutures. The doctor noticed a wound dehiscence that needed attention, so Mr. Randol had to go to Palomar wound care. The doctor noticed that there was an infection in the surgical area and recommended that a wound vac be

used to expediate the healing process. Mr. Randol is at this point going to further therapy and expects to be released in about three weeks.

## LIABILITY

Based on the facts of the accident and under California Law, it is perfectly clear that the proximate cause of liability rests with your insured for negligence of not properly warning of a dangerous condition, notably by not placing the appropriate signs in the bathroom area.

## INJURIES

As a result of this accident Mr. Randol has suffered a ruptured tendon in his tibia which became infected and needed further medical attention. This accident has forced him to seek a different type of employment which took rehabilitation and educational training. At this point, nearly two years post injury he is only starting to get back on his feet again.

## DAMAGES

1.  Bruce Lawrence, M.D. .............................$ 1,250.00
2.  Elk River Foot & Ankle ............................$ 657.00
3.  Christopher Bengs, M.D. ...........................$ 140.00
4.  North County Radiology ............................$ 161.91
5.  Tri-City Medical Center ...........................$ 1,954.00
6.  Laboratory Diagnostics ............................$ 115.00
7.  Scripps Memorial Hospital .........................$ 84.80
8.  Dagostino Physical Therapy ........................$ 1,644.00
9.  Coastal Orthopaedics Medical Group ..............$ 2,534.00
10. KCI .....................................................$ 7,380.00

Total Medical Specials to Date ...............$ 15,920.71

## GENERAL DAMAGES

Pain and Suffering
01/30/06 to Present ........$ 75,348.00
Lost Wages .............$ 40,000.00

Total Damages for William Randol .........$ 131,268.71

Sincerely,

EXHIBIT 3

1   Randol v. Harrah's Rincon Resort & Casino
    United States District Court, Southern District of California
2   Case No. 08-0642 W BLM

3                          PROOF OF SERVICE

4        I am employed in the County of San Diego, State of California. I am over the
    Age of eighteen years and not a party to the within action. My business address is
5   222 Ash Street, San Diego California, 92101

6        On April 28, 2008, I served the following document(s) described as:

7           .   MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF MOTION TO
                DISMISS BY SPECIALLY APPEARING DEFENDANT HARRAH'S RINCON RESORT &
8               CASINO PURSUANT TO F.R.CIV.P. RULE 12(b)(1),(2),(6),(7);

9           .   DECLARATION OF EARL F. TRITT, III IN SUPPORT OF OPPOSITION TO DISMISS
                BY SPECIALLY APPEARING DEFENDANT HARRAH'S RINCON RESORT & CASINO
10              PURSUANT TO F.R.CIV.P. RULE 12(b)(1),(2),(6),(7);

11          .   NOTICE OF LODGEMENT OF EXHIBITS IN OPPOSITION OF MOTION TO DISMISS
                BY SPECIALLY APPEARING DEFENDANT HARRAH'S RINCON RESORT & CASINO
12              PURSUANT TO F.R.CIV.P. RULE 12(b((1),(2),(6),(7); and

13          .   [PROPOSED] ORDER.

14  On the interested parties in this action by placing true copies thereof enclosed
    In sealed envelopes addressed as follows:
15
        RONALD R. GIUSSO, Esq.
16      MARIA C. ROBERTS, Esq.
        SHEA STOKES ROBERTS & WAGNER,ALC
17      510 MARKET STREET, THIRD FLOOR
        SAN DIEGO, CALIFORNIA 92101-7101
18      (619)232-4261-Telephone
        ATTORNIES FOR SPECIALLY APPEARING DEFENDANT HARRAH'S RINCON RESORT & CASINO
19
        BY MAIL: I am readily familiar with the firm's practice of collection and
20      Processing correspondence for mailing. Under that practice it would be
        Deposited with the U.S. postal service on that same day with postage thereon
21      Fully prepaid at San Diego, California in the ordinary course of business
        Pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on
22      Motion of the party served, service is presumed invalid if postal cancellation
        Date or postage meter date is more than one day after date of deposit for
23      Mailing in affidavit.

24      BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant
        To Rule 2008 of the California Rules of Court. The telephone number of the
25      Sending facsimile was (619)239-1002. The name(s) and facsimile machine telephone
        Number(s) of the person(s) served are set forth in the service list. The sending
26      Facsimile machine issued a transmission report confirming that the transmission
        Was complete and without error.
27  "

28  "

                              [**Summary of pleading**] - 1

1   BY PERSONAL SERVICE: I caused to be hand-delivered said document(s) to the
    Addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).
2

3   BY OVERNIIGHT DELIVERY: I caused said document(s) to be deposited in a box
    Or other facility regularly maintained by the express service carrier providing
    Overnight delivery pursuant to Federal Rule of Civil Procedure 5(b).
4

5   BY E-MAIL transmission

6   BY ELECTRONIC SUBMISSION: Pursuant to court order, I submitted said document(s)
    Electronically to Verilaw Technologies, Inc., to be posted to the website and
    Notice given to all parties that the document was served.
7

8   Executed on April 28, 2008, at San Diego, California

9       I declare under penalty of perjury under the laws of California that the
    Forgoing is true and correct.
10

11

        Earl F. Tritt, III
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28