1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for *Specially Appearing* Defendant HARRAH'S RINCON RESORT & CASINO

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | WILLIAM RANDOL, | CASE NO. 08-CV-0642 W BLM |
|---|---|---|
| 12 | Plaintiff, | Action Date:   January 18, 2008 |
| 13 | vs. | PROOF OF SERVICE |
| 14 | HARRAH'S RINCON RESORT & CASINO and DOES 1-10, | |
| 15 | | |
| 16 | Defendants. | |

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

PROOF OF SERVICE

*Randol v. Harrah's Rincon Resort & Casino*
United States District Court, Southern District of California
Case No. 08-CV-0642 W BLM

## PROOF OF SERVICE

I, Ronald R. Giusso, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On May 12, 2008, I served the following document(s) described as

- **REPLY BY *SPECIALLY APPEARING* DEFENDANT HARRAH'S RINCON RESORT & CASINO IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.Civ.P. 12(b)(1),(2),(6),(7).**

| | |
|---|---|
| **Earl Franklin Tritt, III**<br>etritt@sbcglobal.net | Attorney for Plaintiff WILLIAM RANDOL |

Executed on May 12, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

s/Ronald R. Giusso
Ronald R. Giusso

4815-3038-0290.1

-1-
PROOF OF SERVICE