# UNITED STATES DISTRICT COURT

### Southern District of California

William Randol

                                        Plaintiff,

v.                                                               Case No.: 3:08–cv–00642–W–BLM

                                                                              Judge  Thomas J. Whelan

Harrah's Rincon Resort and Casino, et al.

                                        Defendant.

### JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court grants Defendant's motion to dismiss and dismisses without prejudice Plaintiff's entire Complaint.

                                                                                                           W. Samuel Hamrick, Jr.,
                                                                                                                            Clerk of the Court

Date: 5/20/08

                                                                                                        By: s/ A. Everill, Deputy Clerk

                                                                                                        ENTERED ON: May 20, 2008